UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

      Plaintiff,

v.

PHH MORTGAGE, RUSHMORE LOAN MANAGEMENT, U.S. BANK NATIONAL ASSOCIATION,

      Defendants,
                                    /

Case No. 2:24-CV-00988-JLB

## **ORDER**

Plaintiff Gerald Pluviose is litigating this case in forma pauperis. He submitted a form indicating that Defendant Rushmore Loan Management could be served at 15480 Laguna Canyon Road, Irvine, CA 92618. (Doc. 9.) The United States Marshal served the remaining defendants (Docs. 12, 13) but returned an unexecuted summons for Rushmore, stating, "recipient moved and left no forwarding address or phone number." (Doc. 11.) Thus, the Court will provide Pluviose with additional time to provide a current service address for Rushmore.

Accordingly, it is **ORDERED**:

1. The Clerk is directed to send Pluviose one copy of the following forms: Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of Summons, Summons in a Civil

Action, and United States Marshals Process Receipt and Return (Form-USM-285).

2. Pluviose must return the original and one copy of each form for Defendant Rushmore Loan Management, using the correct address for service.

3. Pluviose must mail the completed forms to the Clerk's Office within **30 days** of the date of this Order. *If Pluviose fails to timely return the completed forms or explain his inability to timely comply within this time period, the Court may dismiss Defendant Rushmore for failure to prosecute without further notice*.

4. Upon receipt of the proper forms and further order from the Court, the United States Marshal, within **TWENTY-ONE (21) DAYS**, shall serve Defendant Rushmore Loan Management with the Summons, a copy of Plaintiff's Second Amended Complaint (Doc. 7), and a copy of this Order.

**ORDERED** in Fort Myers, Florida this March 12, 2025.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge