UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.

PHH MORTGAGE, RUSHMORE LOAN MANAGEMENT, U.S. BANK NATIONAL ASSOCIATION,

    Defendants,
_____/

Case No. 2:24-cv-00988-JLB-KCD

## ORDER AND DIRECTIONS TO THE CLERK

Before the Court is Plaintiff's Motion for Clerk's Default Against Defendant U.S. Bank National Association. (Doc. 18.) Upon further review of the information on the Florida Division of Corporations website, www.sunbiz.org, the address on the service forms for U.S. Bank National Association is incorrect. So, the Court will direct the Marshal to use the forms attached to this Order.

It is **ORDERED**:

1. The United States Marshal, **within 21 days of the date of this Order**, shall serve Defendant U.S. Bank National Association with a copy of the second amended complaint (Doc. 7), as well as the summons and USM form 285 attached to this Order. All costs of service shall be advanced by the United States.

2

2. Because the Court is now directing proper service, Plaintiff's Motion for Clerk's Default (Doc. 18) is **DENIED AS MOOT**.

**ORDERED** in Fort Myers, Florida on March 27, 2025.

Kyle C. Dudek
United States Magistrate Judge