UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.

PHH MORTGAGE, RUSHMORE LOAN MANAGEMENT, U.S. BANK NATIONAL ASSOCIATION,

    Defendants,

Case No. 2:24-cv-00988-JLB-KCD

## ORDER

Before the Court is Plaintiff Gerald Pluviose's Motion to Compel Defendants Rushmore Loan Management and U.S. Bank to participate in a Rule 26(f) meeting (Doc. 37) and Motion for the Court to schedule a case management conference (Doc. 38). The motions are **DENIED AS MOOT** because the Court already set an in-person Rule 16(b) conference for July 14, 2025, and the parties must submit a case management report by June 30, 2025. (Doc. 36, Notice of Hearing.) The Civil Action Order (Doc. 4 at 3-5) already requires all parties to participate in the Rule 26(f) meeting to prepare the case management report.

**ORDERED** in Fort Myers, Florida on May 30, 2025.

Kyle C. Dudek
United States Magistrate Judge