UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.

    Case No. 2:24-cv-988-JLB-KCD

PHH MORTGAGE, RUSHMORE LOAN MANAGEMENT, U.S. BANK NATIONAL ASSOCIATION,

    Defendants,
_____/

## ORDER

Plaintiff Gerald Pluviose moves "to compel Defendants to supplement their Rule 26(a)(1)(A) disclosures." (Doc. 62 at 1.)[1] According to Plaintiff, the current disclosures omit several "categories of documents central to [his] claims and defenses." (*Id.*)

Plaintiff's motion is **DENIED** because Rule 26 does not require that Defendants disclose all relevant evidence in their possession. To the contrary, Rule 26 only requires a description of documents and information the disclosing party "*may use to support its claims or defenses*." Fed. R. Civ. P. 26(a)(1)(A)(ii) (emphasis added). Defendants have done just that—identifying the documents they will use in support of their defenses. While Defendants

---

[1] Plaintiff's motion is not paginated. So the Court refers to the page numbers generated by its electronic filing system.

may also have documents that "go to the heart of Plaintiff's claims," Rule 26 does not require their disclosure. (Doc. 62 at 2.)

To the extent Plaintiff seeks information beyond what Defendants have identified, he can request it through discovery.

**ORDERED** in Fort Myers, Florida on August 11, 2025.[2]

Kyle C. Dudek
United States Magistrate Judge

---

[2] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.