UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.

Case No. 2:24-cv-988-KCD-DNF

PHH MORTGAGE, RUSHMORE LOAN MANAGEMENT, U.S. BANK NATIONAL ASSOCIATION,

    Defendants,
_____/

## ORDER

Before the Court is United States Magistrate Judge Douglas N. Frazier's Report and Recommendation ("R&R") (Doc. 76).[1] Judge Frazier recommends that Plaintiff's motion to proceed in forma pauperis on appeal be denied. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now **ORDERED**:

1. Judge Frazier's Report and Recommendation (Doc. 76) is **ACCEPTED** and **ADOPTED**, and the findings incorporated herein.

2. Plaintiff's motion to proceed in forma pauperis on appeal (Doc. 72) is **DENIED**.

**ENTERED** in Fort Myers, Florida on November 26, 2025.

Kyle C. Dudek
United States District Judge