UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.

PHH MORTGAGE, RUSHMORE
LOAN MANAGEMENT, U.S.
BANK NATIONAL ASSOCIATION,

    Defendants,
_____/

Case No. 2:24-cv-988-KCD-DNF

## ORDER

Before the Court is United States Magistrate Judge Douglas N. Frazier's Report and Recommendation ("R&R") (Doc. 81).[1] Judge Frazier recommends that Plaintiff's motion to proceed in forma pauperis on appeal be denied. Plaintiff objects to the R&R. (Doc. 84.)

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). This review takes different forms depending on whether there are objections. The district judge must "make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1)(C). In

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

contrast, without objections, the R&R need only be reviewed for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

After careful consideration and an independent review of the record, the Court finds no error with the R&R. Plaintiff presses a bevy of objections related to discovery and his inability to prosecute the case because of Defendants' conduct. But those issues could have (and should have) been brought to the Court's attention long before now. In any event, Plaintiff's case was dismissed after he failed to file a complaint that complied with the Federal Rules of Civil Procedure despite several opportunities. His motion to appeal in forma pauperis raises no meritorious issues to undermine that decision.

Accordingly, it is now **ORDERED**:

1. Judge Frazier's Report and Recommendation (Doc. 81) is **ACCEPTED** and **ADOPTED**, and the findings incorporated herein.

2. Plaintiff's motion to proceed in forma pauperis on appeal (Doc. 79) is **DENIED**. Because the Court certifies the appeal is not taken in good faith, any request to proceed *in forma pauperis* must be sent to the Eleventh Circuit Court of Appeals. *See* Fed. R. App. P. 24(a)(5).

**ENTERED** in Fort Myers, Florida on December 15, 2025.

Kyle C. Dudek
United States District Judge